UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLEE K. CUPPLES, <br> Plaintiff, <br> v. <br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br> Defendant. | CASE NO.  C05-818-MJB <br> <br> ORDER AWARDING PLAINTIFF <br> ATTORNEY'S FEES PURSUANT <br> TO THE EQUAL ACCESS TO <br> JUSTICE ACT |

 The above-named parties have filed a stipulation for attorney's fees and costs to be paid by the Defendant pursuant to the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412, in the amount of $2,428.79 in attorney's fees, $254.42  in costs for filing fee and photocopies, and $63.35 in expenses for messenger service and postage, for a total of $2,746.56.  Dkt. #18.

 The Court finds that the stipulated attorney's fees, costs, and expenses in the amount of $2,746.56, is reasonable in light of the work performed and the result achieved.

 It is therefore ORDERED that Plaintiff's counsel, Corrie Yackulic, is awarded attorney fees in the amount of $2,428.79, costs of $254.42, and expenses of $63.35 pursuant to the EAJA, 28 U.S.C. § 2412, for a total award of $2,746.56.

 DATED this 22nd day of September, 2005.

 /s/ M. J. Benton <br> MONICA J. BENTON <br> United States Magistrate Judge

ORDER - 1